**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**



The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
MARY MARGARET GROGAN

BANKRUPTCY CASE NO.
23-50126 KMS

## FINAL ORDER OF DISMISSAL

THIS CAUSE CAME ON FOR CONSIDERATION for a Final Order of Dismissal, pursuant to a previous Order (DK#38), and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, pursuant to the Agreed Order entered by this Court on November 19, 2025, the Debtor was Ordered by the Court to keep his/her plan payments current.

THAT, Debtor has failed to keep his/her plan payments current.

THIS Chapter 13 proceeding is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net