United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-50126-KMS
Mary Margaret Grogan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Feb 19, 2026     Form ID: ntcdsm     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Margaret Grogan, 109 Hwy 42, Sumrall, MS 39482-9593 |
| cr | + | Title Cash of Laurel, PO Box 14948, Lenexa, KS 66285-4948 |
| 5189474 | + | Firestone, 107 Mayfair Rd, Hattiesburg, MS 39402-1464 |
| 5346001 | + | Title Cash of Laurel dba Loanmaster, PO Box 14948, Lenexa, KS 66285-4948 |
| 5189475 | | Title Cash of Laurel, Inc., d/b/a Loan Master, 6051 Highway 98 West, Suite 2, Hattiesburg, MS 39402 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5189471 | + | Email/Text: bankruptcynotices@aarons.com | Feb 19 2026 19:59:00 | Aaron's, 843 US 98, Columbia, MS 39429-3710 |
| 5189472 | + | EDI: CRFRSTNA.COM | Feb 20 2026 00:51:00 | CFNA, Pob 81315, Cleveland, OH 44181-0315 |
| 5191554 | | EDI: CRFRSTNA.COM | Feb 20 2026 00:51:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OHIO 44181-8011 |
| 5189473 | + | Email/Text: omx-bnc-bk-notices@chime.com | Feb 19 2026 19:58:00 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 5216990 | | EDI: JEFFERSONCAP.COM | Feb 20 2026 00:51:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5189476 | + | Email/Text: bankruptcy@moneylion.com | Feb 19 2026 19:59:00 | MoneyLion, Inc, Po Box 1547, Sandy, UT 84091-1547 |
| 5189477 | + | Email/Text: wmcbkdept@waltersmgmt.com | Feb 19 2026 19:59:00 | Service Loan South, Po Box 2935, Gainesville, GA 30503-2935 |
| 5189478 | + | Email/Text: bk@worldacceptance.com | Feb 19 2026 19:58:00 | World Finance Co, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: ntcdsm | Total Noticed: 13 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Margaret Grogan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 23−50126−KMS
Chapter: 13

In re:
   Mary Margaret Grogan
   109 Hwy 42
   Sumrall, MS 39482

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−9115

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on February 19, 2026.

Dated: 2/19/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790